UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
IN RE:

S & F Towing Service of S.I., Inc.

    Debtor(s)
-------------------------------------------------X

Chapter: 7
Case # 17-46073

**NOTICE OF APPEARANCE**

SIR:

**PLEASE TAKE NOTICE** that KAY FOUNDATION, AS ASSIGNEE OF WAMCO XXIII, LTD., AS ASSIGNEE OF NORTHFIELD SAVINGS BANK, FSB hereby appears in the above action, and demands that all papers in the case be served on KAY FOUNDATION, AS ASSIGNEE OF WAMCO XXIII, LTD., AS ASSIGNEE OF NORTHFIELD SAVINGS BANK, FSB at the address stated below.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes demand not only for notices and papers referred to in the rules specified above but also includes, without limitation, a demand for any and all orders and notices of any application, including notice of any application to sell real estate property held by the debtor, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the debtor or the property of the debtor.

Dated: November 22 2017
       Plainview, New York

Rosicki, Rosicki & Associates, P.C.
Attorneys for KAY FOUNDATION, AS
ASSIGNEE OF WAMCO XXIII, LTD.,
AS ASSIGNEE OF NORTHFIELD
SAVINGS BANK, FSB
By: Seung Woo Lee, Esq.
Main Office: 51 E. Bethpage Road
Plainview, New York 11803
Phone: 516-741-2585
Email: ECFNotice@Rosicki.com

TO:

Kevin B. Zazzera, Esq.
182 Rose Avenue
Staten Island, NY 10306

Richard J. McCord, Esq.
Certilman Balin Adler & Hyman
90 Merrick Avenue
East Meadow, NY 11554

U.S. Trustee
Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance has been served via first class mail on the following parties:

Kevin B. Zazzera, Esq.
182 Rose Avenue
Staten Island, NY 10306

Richard J. McCord, Esq.
Certilman Balin Adler & Hyman
90 Merrick Avenue
East Meadow, NY 11554

U.S. Trustee
Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

November 24 2017

_____
Joseph Messina

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
IN RE:

S & F Towing Service of S.I., Inc.
   Debtor(s)

-------------------------------------------------x

**NOTICE OF APPEARANCE**

**ROSICKI, ROSICKI & ASSOCIATES, P.C.**
Main Office: 51 E. Bethpage Road
Plainview, New York 11803